**HAHN LOESER & PARKS LLP**
James E. Heffner (SBN 245406)
Lindsay J. Mertens (SBN 254008)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
jheffner@hahnlaw.com
lmertens@hahnlaw.com

Attorneys For Plaintiffs, William James Miller
and Rebecca Ann Miller

**WENDEL, ROSEN, BLACK & DEAN LLP**
Mark D. Epstein (SBN 142461)
Gary A. Barrera (SBN 244073)
1111 Broadway, Suite 2400
Oakland, CA 94607
Telephone:  510.834.6600
Facsimile:  510.834.1928

Attorney for Defendant,
WESTCOR LAND TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William James Miller, Rebecca Ann Miller,<br><br>        Plaintiffs,<br><br>              vs.<br><br>Westcor Land Title Insurance Company, a South Carolina corporation, and DOES ONE through TEN,<br><br>        Defendants. | Case No. 2:18-cv-01575-WBS-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER**<br><br>**(SUBJECT TO COURT APPROVAL)**<br><br>Complaint Filed:  April 24, 2018<br>Trial Date:  April 7, 2020 |

Plaintiffs William James Miller and Rebecca Ann Miller ("Plaintiffs") and Defendant Westcor Land Title Insurance Company ("Defendant"), through their respective undersigned counsel, herby respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's November 9, 2018, Status (Pretrial

Scheduling) Order.

## **STIPULATION**

WHEREAS, the Court issued a Scheduling Order on November 9, 2018 and filed November 13, 2018, (ECF No. 9).

WHEREAS, the Court's Scheduling Order requires the parties to disclose any experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than May 31, 2019 and to disclose any rebuttal experts and reports on or before June 28, 2019.

WHEREAS, Plaintiffs and Defendant diligently pursued written discovery in this matter. By September 2018, both parties had propounded and responded to written discovery. Plaintiffs and Defendant have engaged in numerous meet and confer efforts concerning written discovery that have resulted in multiple rounds of amended responses with Defendant serving its Second Amended Responses to Plaintiffs First Set of Interrogatories on April 30, 2019, and producing additional documents on May 7, 2019.

WHEREAS, Plaintiffs and Defendant diligently pursued discovery through the depositions of Plaintiff Jim Miller on November 06, 2018, nonparty witnesses on November 13, 2018, and Westcor's Person Most Knowledgeable Designee on February 12, 2019 and April 16, 2019.

WHEREAS, additional nonparty witness depositions are set for May 13, 2019, and the parties are working cooperatively to schedule the deposition of a Westcor witness in the next few weeks.

WHEREAS, the current Scheduling Order does not allow the parties time to complete all necessary fact discovery for expert analysis prior to the expert disclosure and report production deadline. Furthermore, Plaintiffs anticipate that testimony

provided by the Westcor witness that the parties are trying to schedule on a mutually agreeable date may elicit the need for further written discovery or meet and confer efforts regarding certain documents authored by this witness to which Westcor has asserted privilege objections.

WHEREAS, the parties agree that good cause exists to extend the expert and rebuttal expert deadlines in the Court's Scheduling Order, dated November 9, 2018, for at least an additional 14 days as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure and Report Deadline: | 5/31/19 | 6/14/19 |
| Rebuttal Expert and Report Deadline: | 6/28/19 | 7/12/19 |

Dated: May 10, 2019      **HAHN LOESER & PARKS, LLP**

By: /s/James E. Heffner
James E. Heffner
Attorney for Plaintiffs,
William James Miller and Rebecca Ann Miller

Dated: May 10, 2019      WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/Gary A. Barrera (as authorized on May 8, 2019)
Gary A. Barrera
Attorney for Defendant,
WESTCOR LAND TITLE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: May 10, 2019

                                       */s/ Allison Claire*
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301