**HAHN LOESER & PARKS LLP**
James E. Heffner (SBN 245406)
Lindsay J. Mertens (SBN 254008)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
jheffner@hahnlaw.com
lmertens@hahnlaw.com

Attorneys for Plaintiffs, WILLIAM JAMES MILLER
and REBECCA ANN MILLER

**WENDEL, ROSEN, BLACK & DEAN LLP**
Mark D. Epstein (SBN 142461)
Gary A. Barrera (SBN 244073)
1111 Broadway, Suite 2400
Oakland, CA 94607
Telephone: 510.834.6600
Facsimile: 510.834.1928

Attorney for Defendant,
WESTCOR LAND TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William James Miller, Rebecca Ann Miller,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Westcor Land Title Insurance Company, a South Carolina corporation, and DOES ONE through TEN,<br><br>    Defendants. | Case No. 2:18-cv-01575-WBS-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO EXTEND THE PARTIES' EXPERT WITNESS DISCOVERY CUTOFF**<br><br>The Honorable William B. Shuff<br><br>Complaint Filed: April 24, 2018<br>Trial Date: April 7, 2020 |

Plaintiffs William James Miller and Rebecca Ann Miller ("Plaintiffs") and Defendant Westcor Land Title Insurance Company ("Defendant"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's July 9, 2019, Pretrial Scheduling Order, as follows.

022640.0003\5194684.1          1

JOINT STIPULATION AND (PROPOSED) ORDER TO MODIFY SCHEDULING ORDER

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

## **STIPULATION**

WHEREAS, the Court issued a Scheduling Order on November 9, 2018 that was filed on November 13, 2018. (ECF No. 9).

WHEREAS, the Court's Scheduling Order provides that all discovery following expert witness disclosures must be completed by July 26, 2019.

WHEREAS, the parties stipulated on May 10, 2019 to extend their original expert disclosure and report deadline from May 31. 2019 to June 14, 2019, and their original rebuttal expert disclosure and report deadline from June 28, 2019 to July 12, 2019, and the court entered and Order approving the parties' stipulation on the same date. (ECF No. 11)

WHEREAS, the parties stipulated on July 9, 2019 to extend their expert discovery cutoff to September 30, 2019 to better enable them to schedule and take expert depositions based on good cause, and the court entered an Order approving the stipulation on the same date (ECF No. 12).

WHEREAS, the parties intend to participate in mediation of this matter on September 24, 2019 and have agreed to postpone previously noticed expert depositions until after completion of the mediation. The parties agree that good cause exists to extend the September 30, 2019 expert discovery cutoff to November 20, 2019 to better enable the parties to meaningfully engage in mediation and conserve resources.

WHEREFORE, the parties hereby stipulate, subject to the approval of the Court, to extend their cutoff to complete expert witness discovery from September 30, 2019 to November 20, 2019.

Dated: September 4, 2019        **HAHN LOESER & PARKS, LLP**

By: /s/James E. Heffner
James E. Heffner
Attorney for Plaintiffs,
William James Miller and Rebecca Ann Miller

Dated: September 4, 2019        WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Mark D. Epstein
Mark D. Epstein
Attorney for Defendant, WESTCOR LAND TITLE INSURANCE COMPANY

## **ORDER APPROVING STIPULATION**

The Court approves of the parties' stipulation above and good cause appearing therefor, IT IS HEREBY ORDERED that the parties' deadline to complete expert depositions is continued to November 20, 2019.

DATED: September 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE